# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**BNJ LEASING, INC.,** *et al.*                                                 **PLAINTIFFS**

**v.**                         **CIVIL ACTION NO. 2:19-CV-156-KS-MTP**

**PORTABULL FUEL SERVICE, LLC**                                  **DEFENDANT**

## ORDER

On October 15, 2021, Plaintiffs filed a Motion for Summary Judgment of No Inequitable Conduct [181], a Motion for Partial Summary Judgment that the Alleged 2013 H&H Offer is Not Prior Art [183], and a Motion to Exclude Evidence and Testimony Regarding Alleged Non-Infringing Alternatives [186]. On the same day, Defendant filed a Motion for Summary Judgment and for *Daubert* Relief [189]. The response to each motion shall be filed on or before **October 29, 2021**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). Replies may be filed on or before **November 5, 2021**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

The original and reply memoranda shall not exceed a combined total of thirty-five (35) pages per each motion, and each response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this 19th day of October, 2021.

                                                        /s/     Keith Starrett  
                                                              KEITH STARRETT  
                                        UNITED STATES DISTRICT JUDGE